IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AL M. WILLIAMS *and family*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-0379-K |
| | § | |
| LADERA APARTMENTS, JUDY NLN, | § | |
| and DANIEL PAZ, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiffs Al M. Williams and family (collectively, "Plaintiffs") filed their case in this Court against Defendants Ladera Apartments, Judy NLN, and Daniel Paz (collectively, "Defendants"). In their Verified Complaint and Request for Emergency Injunction ("Complaint") (Doc. No. 1 at 4), Plaintiffs allege that Defendants are attempting to remove Plaintiffs from their apartment on March 17, 2021, in violation of the Coronavirus Aid, Relief, and Economic Security ("CARES") Act and the Centers for Disease Control and Prevention's Eviction Moratorium. Plaintiffs' Complaint lists an address in Dallas, Texas. Although located in the city of Dallas, this physical address is within Denton County. Denton County is in the Eastern District of Texas, Sherman Division. 28 U.S.C. § 124(c)(3). Plaintiffs' Complaint does not reveal any connections to the Northern District of Texas, Dallas Division, which is comprised of the following counties: Dallas, Ellis, Hunt, Johnson, Kaufman, Navarro, and Rockwall.

Therefore, a substantial part of the events or omissions giving rise to Plaintiffs' claims and request for emergency injunctive relief occurred in Denton County rather than in the Dallas Division of the Northern District of Texas, and the Court finds that the case has a more substantial connection to the Eastern District of Texas. Accordingly, on the Court's own motion, this case is **TRANSFERRED** to the United States District Court for the Eastern District of Texas, Sherman Division. 28 U.S.C. §§ 1404(a); *see also* § 123(c)(3).

**SO ORDERED.**

Signed February 23rd, 2021.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE