# U.S. District Court
# Northern District of Texas (Dallas)
# CIVIL DOCKET FOR CASE #: 3:21–cv–00379–K–BN

Williams v. Ladera Apartments et al  
Assigned to: Judge Ed Kinkeade  
Referred to: Magistrate Judge David L. Horan  
Cause: 28:1331 Fed. Question  

Date Filed: 02/23/2021  
Jury Demand: Plaintiff  
Nature of Suit: 230 Real Property: Rent Lease & Ejectment  
Jurisdiction: Federal Question  

**Plaintiff**

**Al M Williams**  
*and family*

represented by **Al M Williams**  
3930 Accent Drive #2411  
Dallas, TX 75287  
PRO SE

V.

**Defendant**

**Ladera Apartments**

**Defendant**

**Judy NLN**

**Defendant**

**Daniel Paz**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2021 | 1 | COMPLAINT WITH JURY DEMAND against Ladera Apartments, Judy NLN, Daniel Paz filed by Al M Williams. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information – Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. ***FILED USING EMERGENCY EMAIL*** (cea) (Entered: 02/23/2021) |
| 02/23/2021 | 2 | Request for Emergency Injunction filed by Al M Williams See Document 1 for Image. (cea) (Entered: 02/23/2021) |
| 02/23/2021 | 3 | New Case Notes: A filing fee has not been paid. CASREF case referral set and case referred to Magistrate Judge Horan (see Special Order 3). Case received over counter/electronically. No prior sanctions found. (For court use only – links to the national and circuit indexes.) Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Horan). Clerk to provide copy to plaintiff if not received electronically. Motion(s) referred to Magistrate Judge David L. Horan. (cea) (Entered: 02/23/2021) |
| 02/23/2021 |  | ***Clerk's Notice of delivery: (see NEF for details) Docket No:3. Tue Feb 23 08:32:43 CST 2021 (crt) (Entered: 02/23/2021) |

| | | |
|---|---|---|
| 02/23/2021 | 4 | Order Transferring to Another District: Case transferred to Sherman Division of Eastern District of Texas. (Ordered by Judge Ed Kinkeade on 2/23/2021) (chmb) (Entered: 02/23/2021) |
| 02/23/2021 | 5 | 1st AMENDED VERIFIED COMPLAINT AND REQUEST FOR EMERGENCY INJUNCTION WITH JURY DEMAND against Ladera Apartments, Judy NLN, Daniel Paz filed by Al M Williams. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information – Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. ***FILED USING EMERGENCY EMAIL*** (cea) (Entered: 02/23/2021) |
| 02/23/2021 | 6 | AMENDED REQUEST FOR EMERGENCY Injunction filed by Al M Williams See docket Entry 5 for Image. (cea) (Entered: 02/23/2021) |