IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AL M. WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:21-cv-154-SDJ-KPJ |
| LADERA APARTMENTS, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

Pending before the Court is Plaintiff Al M. Williams' First Verified Complaint and Request for Emergency Injunction (the "Emergency Motion") (Dkt. 6). Plaintiff alleges Defendants Ladera Apartments, "Ms. Judy," and Daniel Paz (collectively, "Defendants") are attempting to remove Plaintiff and his family from their apartment on March 17, 2021, in violation of the Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act") and the Centers for Disease Control and Prevention's Eviction Moratorium. *See* Dkt. 6 at 1. Though Plaintiff alleges Defendants are located at 3939 Accent Drive, Dallas, Texas, 75287, it appears Ladera Apartments is located at 3939 E. Trinity Mills Road, Dallas, Texas, 75287. The Court notes that Trinity Mills Road is parallel to Accent Drive.

Upon consideration, **IT IS ORDERED** that the Clerk of Court shall serve Defendants a copy of Plaintiff's Emergency Motion (Dkt. 6) and this Order at 3939 E. Trinity Mills Road, Dallas, Texas, 75287, in an expedited manner through FedEx shipping.

**IT IS FURTHER ORDERED** that Defendants shall file a response, if any, to Plaintiff's Emergency Motion (Dkt. 6) by **Tuesday, March 2, 2021**.

**IT IS FURTHER ORDERED** that the parties shall appear for in-person oral argument before the undersigned on **Friday, March 5, 2021, at 1:30 p.m.**, at the Plano Courthouse, Courtroom 108, 7940 Preston Road, Plano, Texas, 75024. If, upon receipt of Defendants' response, the Court determines a hearing is not necessary, the Court will enter an order under separate cover and contact the parties regarding the same.

**So ORDERED and SIGNED this 25th day of February, 2021.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE