IN THE UNITED STATES DISTRICT COURT FOR THE ~~WESTERN~~ EASTERN DISTRICT OF TEXAS AT DALLAS

AL M WILLIAMS ~~We The Handicapable~~, et al
and Family

v.

Case Number: ~~3:21-cv-00370-K-BN~~ 4:21CV154

FILED MAR 01 2021 Clerk, U.S. District Court Eastern District of Texas

Ladera, et al.

## MOTION TO URGE EMERGENCY INJUNCTION

**COMES NOW**, Al M Williams, pro se', Intevenor Plaintiff, for his motion to urge action on his complaint, states:

That this matter has been transferred from the Dallas District Court to the US District Court at Plano which requires Re-Urgence. Today Plaintiff is re-urging asking for expedited treatment. (A)

That During the transition the plainfff Al M Williams has suffered actual injury that monetary damages alone will not cure (EXHIBIT B)

That is an emergency that has life and/or death consequences. COVID is real. This is a national disaster.

The plaintiffs have properly requested that this Court act upon their pleading and because the defendant Ladera has a "live" writ of possession which they seek to physically remove the plaintiff's family from their own home. See verified pleading of record.

That upon information and belief this is targeted retaliation . (See Exhibits D)

The Plaintiff will not be able to attend the March 5, 2021 Court date due to recent death in the family due to COVID19. This pandemic is personal because of the recent loss of a family members due COVID; so I am here today begging justice.

1

WHEREFORE, ALL PREMISES, The plaintiff urges the Court to act upon the pleadings expeditiously.

*The statement made are accurate, correct, and true to the best of my knowledge information and belief pursuant to penalties of perjury USC 1746*

/s/Al wms/s/
Al M Williams
3930 Accent DR, 2411
Dallas, Texas 75287
214-414-6371

~~Feb~~ March 1, 2021

CERTIFICATE OF SERVICE

A copy was emailed to Defendant today

2