# ADDENDUM TO URGE

4:21-CV-00154-SDJ-KPJ

MOTION FOR HEARING TODAY BECAUSE I CAN'T COME UP HERE ON 5th BUT I NEED HELP/RELIEF TODAY.

OR in alternative ZOOM HEARING?

Will COURT ISSUE (TEMPORARY RELIEF UNTIL MATTER CAN BE HEARD)