**RAS-1**

## ORDER CONCERNING EMERGENCY OR EXPEDITED MOTIONS

In cases pending before the Honorable Richard A. Schell, any party who files an expedited or emergency motion is hereby **ORDERED** to telephone chambers immediately upon the filing of such a motion.

IT IS SO ORDERED.

SIGNED this the 20th day of April, 2007.

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE



## United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

### ORDER REGARDING EXTENSION OF
### DIVISIONAL STANDING ORDER NO. 2020-1

It is hereby **ORDERED** that Divisional Standing Order No. 2020-1 shall remain in effect until further order of the Court.

So **ORDERED** and **SIGNED,** January 31, 2021.

_____
Amos L. Mazzant, III
U.S. District Judge

_____
Richard A. Schell
U.S. District Judge

_____
Sean D. Jordan
U.S. District Judge