IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AL M. WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:21-cv-154-SDJ-KPJ |
| LADERA APARTMENTS, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

Pending before the Court is Plaintiff Al M. Williams' ("Mr. Williams") First Verified Complaint and Request for Emergency Injunction (the "Emergency Motion") (Dkt. 6). Mr. Williams alleges Defendants Ladera Apartments, Judy McMakin (originally sued as "Ms. Judy"), and Daniel Paz (collectively, "Defendants") are attempting to remove him and his family from their apartment in violation of the Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act"), the Centers for Disease Control and Prevention's ("CDC") eviction moratorium, the First Amendment, the Equal Protection Clause of the Fourteenth Amendment, and the American with Disabilities Act ("ADA"). *See* Dkt. 6 at 1; Minute Entry for March 12, 2021.

The Emergency Motion seeks both a temporary restraining order ("TRO") and a preliminary injunction. *See* Dkt. 6. The Court previously entered a TRO, which his set to expire on March 26, 2021. *See* Dkt. 15. The Court also ordered the parties to file expedited briefing with respect to Mr. Williams' prayer for a preliminary injunction. *See* Dkt. 16.

1

**IT IS ORDERED** that the parties shall appear for an in-person evidentiary hearing before the undersigned on **Wednesday, March 24, 2021, at 10:00 a.m.**, at the Plano Courthouse, Courtroom 108, 7940 Preston Road, Plano, Texas, 75024.

**So ORDERED and SIGNED this 19th day of March, 2021.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE