Williams, Al  
11/17/1969 (51) (Male)  
3930 Accent Drive  
Dallas, TX 75287  
(214)414-6371  

MODERA CLINIC  
2700 E Eldorado Pkwy, Ste. 104B  
Little Elm, TX 75068-5999  
9729870458  

**Page Notes**

**Order Notes**

| Office Lab Results | | | Comments |
|---|---|---|---|
| A1c | | | |
| Stool Gualac | | | |
| POC Glucose | | | |
| H.pylori Blood test | | | |
| SOFIA COVID-19 Antigen test | Positive | 11/14/2020 | |

a) hire another attorney;

b) OR in alternative the Court appoint the plaintiff's an attorney

c) OR, the case be transferred to Federal Court an where an attorney will be appointed because this case does have merit.

*A/ M Williams*

Respectfully submitted,

3930 Accent DR, 2411
Dallas, TX 75287
alwms870@gmail.com

# IN THE SUPREME COURT OF TEXAS

Misc. Docket No. 20-9101

## THIRTY-SECOND EMERGENCY ORDER REGARDING
## THE COVID-19 STATE OF DISASTER

**ORDERED** that:

1. Governor Abbott has declared a state of disaster in all 254 counties in the State of Texas in response to the imminent threat of the COVID-19 pandemic. This Order is issued pursuant to Section 22.0035(b) of the Texas Government Code.

2. Paragraphs 3 and 4 of the Thirtieth Emergency Order (Misc. Dkt. No. 20-9147), issued December 14, 2020, are renewed as amended.

3. In any action for eviction to recover possession of residential property under Chapter 24 of the Texas Property Code and Rule 510 of the Texas Rules of Civil Procedure:

    a. a sworn original, amended, or supplemental petition containing "a description of the facts and grounds for eviction" required by Texas Rule of Civil Procedure 510.3(a)(2) must state whether or not:

        i. the premises are a "covered dwelling" subject to Section 4024 of the CARES Act;

        ii. the plaintiff has provided the defendant with 30 days' notice to vacate under Sections 4024(c) of the CARES Act;

        iii. the defendant has provided the plaintiff with a declaration under the Centers for Disease Control and Prevention's agency order, titled Temporary Halt in Residential Evictions to Prevent the Further Spread of COVID-19, ("CDC Order") that took effect on September 4, 2020 and is extended by Section 502 of the Consolidated Appropriations Act, 2021; and

iv. the premises are a property securing an FHA-insured Single Family mortgage.

b. in addition to the contents required by Texas Rule of Civil Procedure 510.4(a), the citation must include:

i. the following statement: "The Centers for Disease Control issued an order stopping some evictions. You may be able to stop your eviction if you sign the attached 'Declaration under Penalty of Perjury for the Centers for Disease Control and Prevention's Temporary Halt in Evictions to Prevent Further Spread of COVID-19' and give a copy to your landlord and the court. Before signing the Declaration, read it carefully and make sure all the statements are true. The Declaration is sworn, meaning you can be prosecuted, go to jail, or pay a fine if any of the statements are not true. Find out more about the order at https://texaslawhelp.org/article/cdc-eviction-moratorium.";

ii. the following Spanish translation of the statement in (i): "Los Centros de Control y Prevención de Enfermedades han emitido una orden para impedir ciertos desalojos de inquilinos. Es posible que usted pueda evitar su desalojo si llena el formulario adjunto titulado *'Declaración Bajo Pena de Perjurio para la Suspensión Temporal de Desalojos de los Centros de Control y Prevención de Enfermedades para Prevenir una Mayor Propagación de COVID-19,'* y le entrega una copia del formulario al propietario y presenta otra copia ante tribunales. Antes de firmar la declaración, debe leerla cuidadosamente y asegurarse que toda la información declarada es cierta. Esta declaración se firma bajo juramento, lo que significa que se le puede imponer cargos penales, encarcelar o multar si la información declarada no es cierta. Para mayor información sobre esta orden, visite el siguiente enlace, https://texaslawhelp.org/article/cdc-eviction-moratorium."; and

iii. a copy of the declaration form, titled Declaration under Penalty of Perjury for the Centers for Disease Control and Prevention's Temporary Halt in Evictions to Prevent Further Spread of COVID-19, ("CDC Declaration") that is attached to the CDC's Order or a similar declaration form;

c. a judge continues to have the authority under Texas Rule of Civil Procedure 500.6 to develop the facts of the case, including the authority to question:

i. whether the premises is a "covered dwelling" subject to Section

4024 of the CARES Act; and

    ii.    whether the defendant is aware of the CDC Order and has had an opportunity to complete the CDC Declaration or a similar declaration; and

d.    if a defendant provides the CDC Declaration or a similar declaration to the plaintiff after a petition is filed:

    i.    the defendant must file the declaration with the justice court and serve a copy of the declaration on the plaintiff; and

    ii.    the justice court must abate the eviction action, including the issuance and execution of any writ of possession under Texas Rule of Civil Procedure 510.8(d), except as provided in Paragraph 4.

4.    An eviction action covered by Paragraph 3(d) may nevertheless proceed if, but only if:

a.    the plaintiff contests the defendant's declaration or the CDC Order;

b.    the judge holds a hearing to determine whether the action should proceed; and

c.    the judge determines that the action should proceed and signs a written order stating:

    i.    the reasons for the determination that the action should proceed; and

    ii.    procedures that will apply as the action proceeds.

5.    This Order is effective January 1, 2021, and expires January 31, 2021, unless extended by the Chief Justice of the Supreme Court.

6.    The Clerk of the Supreme Court is directed to:

a.    post a copy of this Order on www.txcourts.gov;

b.    file a copy of this Order with the Secretary of State; and

    c.    send a copy of this Order to the Governor, the Attorney General, and each member of the Legislature.

7.    The State Bar of Texas is directed to take all reasonable steps to notify members of the Texas bar of this Order.

Dated: December 29, 2020

JUSTICE DEVINE and JUSTICE BLACKLOCK dissent.

_____
Nathan L. Hecht, Chief Justice

_____
Eva M. Guzman, Justice

_____
Debra H. Lehrmann, Justice

_____
Jeffrey S. Boyd, Justice

_____
John P. Devine, Justice

_____
James D. Blacklock, Justice

_____
J. Brett Busby, Justice

_____
Jane N. Bland, Justice

_____
Rebeca A. Huddle, Justice

# Registry and Trust Transaction Detail

Denton County

Location: **County Court At Law #2**  Year Filed: **2020**  Case #: **CV-2020-00600-JP**  Court #:

On Behalf of: **Williams, Carolyn**  Birth Date: **03/09/1961**  SSN:

3930 Accent Drive 2411
Dallas, TX 75287

## Transactions on Account

Bank Account Name/Account #: **Registry Deposit**

Original Amount: **$1,482.00**  Open Date: **02/24/2020**  Uninvested

Current Balance: **$11,216.83**  Close Date:

Interest:  Matures:

| Ref # / Date | Check #/ Receipt # | Increases | Decreases | Balance | Description / Comments |
|---|---|---|---|---|---|
| 13887389 03/09/2021 | 2021-1177 | 468.15 DJBruce | | $11,216.83 | Bond Deposit |

# Registry and Trust Transaction Detail

Denton County

Location: **County Court At Law #2**     Year Filed: **2020**   Case #: **CV-2020-00600-JP**   Court #:

On Behalf of:  **Williams, Carolyn**     Birth Date: **03/09/1961**     SSN:

3930 Accent Drive 2411
Dallas, TX 75287

## Transactions on Account

Bank Account Name/Account #: **Registry Deposit**
Original Amount: **$2,936.00**     Open Date: **06/08/2020**     Uninvested
Current Balance: **$2,936.00**     Close Date:
Interest:     Matures:

| Ref # / Date | Check #/ Receipt # | Increases | Decreases | Balance | Description / Comments |
|---|---|---|---|---|---|
| 13718667 06/08/2020 | 2020-2370 | 2,936.00 DJBruce | | $2,936.00 | Bond Deposit |

# Registry and Trust Transaction Detail

Denton County

Location: **County Court At Law #2**  Year Filed: **2020**  Case #: **CV-2020-00600-JP**  Court #:

On Behalf of: Williams, Carolyn  Birth Date: 03/09/1961  SSN:

3930 Accent Drive 2411
Dallas, TX 75287

## Summary of Accounts

| Account # | Opened | Bank Name | Balance |
|---|---|---|---|
| Uninvested | 02/24/2020 | Registry Deposit | 11,216.83 |

**Original Amount:** $1,482.00

**Current Balance:** $11,216.83

# Registry and Trust Transaction Detail

Denton County

Location: **County Court At Law #2**　　　Year Filed: **2020**　Case #: **CV-2020-00600-JP**　Court #:

On Behalf of: Williams, Carolyn　　　　Birth Date: 03/09/1961　　　SSN:

3930 Accent Drive 2411
Dallas, TX 75287

## Summary of Accounts

| Account # | Opened | Bank Name | Balance |
|---|---|---|---|
| Uninvested | 06/08/2020 | Registry Deposit | 2,936.00 |
| **Original Amount:** | | | **$2,936.00** |
| **Current Balance:** | | | **$2,936.00** |

# Registry and Trust Transaction Detail

Denton County

Location: County Court At Law #2  Year Filed: 2020  Case #: CV-2020-00600-JP  Court #:

On Behalf of: Williams, Carolyn  Birth Date: 03/09/1961  SSN:

3930 Accent Drive 2411
Dallas, TX 75287

## Transactions on Account

Bank Account Name/Account #: **Registry Deposit**

Original Amount: **$1,482.00**  Open Date: **02/24/2020**  Uninvested

Current Balance: **$11,216.83**  Close Date:

Interest:  Matures:

| Ref # / Date | Check #/ Receipt # | Increases | Decreases | Balance | Description / Comments |
|---|---|---|---|---|---|
| 13662233 02/24/2020 | 2020-0987 | 1,482.00 DJBruce | | $1,482.00 | Bond Deposit |
| 13673792 03/06/2020 | 4274 | | 50.00 mdiamond | $1,432.00 | CV-2020-00600-JP, 5% Cash Bond Handling Fee |
| 13673802 03/06/2020 | 4275 | | 1,432.00 mdiamond | $0.00 | CV-2020-00600-JP, Final Judgment 03/05/2020 |
| 13708250 05/18/2020 | 2020-2154 | 1,000.00 dwilson | | $1,000.00 | Bond Deposit |
| 13708251 05/18/2020 | 2020-2155 | 1,000.00 dwilson | | $2,000.00 | Bond Deposit |
| 13708252 05/18/2020 | 2020-2156 | 1,000.00 dwilson | | $3,000.00 | Bond Deposit |
| 13750054 08/03/2020 | 2020-3198 | 1,428.22 serp | | $4,428.22 | Bond Deposit |
| 13770683 09/03/2020 | 2020-3632 | 2.28 serp | | $4,430.50 | Bond Deposit |
| 13770684 09/03/2020 | 2020-3633 | 1,460.00 serp | | $5,890.50 | Bond Deposit |
| 13788595 10/01/2020 | 2020-3947 | 1,428.17 DJBruce | | $7,318.67 | Bond Deposit |
| 13809137 11/03/2020 | 2020-4414 | 1,428.61 DJBruce | | $8,747.28 | Bond Deposit |
| 13832708 12/11/2020 | 2020-4980 | 1,428.12 DJBruce | | $10,175.40 | Bond Deposit |
| 13849268 01/08/2021 | 2021-0144 | 468.28 DJBruce | | $10,643.68 | Bond Deposit |
| 13863768 02/01/2021 | 2021-0518 | 105.00 DJBruce | | $10,748.68 | Bond Deposit |