# DECLARATION FOR BUSINESS RECORDS

FILED
MAR 24 2021
Clerk, U.S. District Court
Eastern District of Texas

**STATE OF TEXAS** **USDC: 4:21-CV-00154**

**COUNTY OF DALLAS**

Before me, the undersigned authority, on this day personally appeared, ~~Al M Williams,~~ who, being duly sworn, deposed; set forth in a manner to be testified to at trial, state as follows:

1. "My name is Al M Williams; I am of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated. I am the custodian of the record attached to this affidavit. I am a resident of 3930 Accent DR, 2411; Dallas, Texas 75287. On March 2021, I received a notice that I would be receiving a stimulus check which came in attached envelope from the Department of Treasury. The content of the letter I am unable to find, but I am testifying as to its contents. I will seek and provide a copy to the Court as soon as practically possible.

Signed Pursuant to usc1746

______________________________

Al M Willaims
3930 Accent DR, 2411
Dallas, TX 75287


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded by first class mail [or, delivered in person, or certified mail] to each attorney/party of record on this date: March 24.

______________________________
Signature of Party

*Print Name/Address/Phone Number:*

3930 Acapo
Dallas TX 75287

*Please list all parties/addresses to be served:*

Daniel Paz