Department of the Treasury
Internal Revenue Service
Austin, TX 73301-0003

Official Business
Penalty for Private Use, $300

PRESORTED
FIRST-CLASS MAIL
Postage and Fees Paid
Internal Revenue Service
PERMIT NO. G-48

SOU AUTO**SCH 5-DIGIT 75287
F5R4U-0373109 5-004    334/16577/18307
AL M WILLIAMS
3930 ACCENT DR APT 2411
DALLAS, TX 75287-7719



**Denton County Civil Department**
1450 E. McKinney Street
Ste 1107
Denton, TX 76209
940-349-2060

| | | | |
|---|---|---|---|
| Source: | Phone Order (Card Keyed-In) | Authorization: | Paid in Full |
| Order Date/Time: | 6/8/2020 03:09 PM CDT | Agency Amount: | $2936.00 |
| Order Number: | 109461043 | Other Agency Amount: | $0.00 |
| Operator: | DevaB | Shipping Amount: | $0.00 |
| Location Code: | **********862 | LN Service Fee: | $2.50 |
| | | Total Amount(USD): | $2938.50 |

**Payment Information**

| | | | |
|---|---|---|---|
| Transaction Type: | Purchase | Expiration | ##/## |
| Card Holder: | Al Williams | Transaction Ref #: | 207600001 |
| Payment Method: | Credit Card (MASTERCARD ************8316) | CVV2 Response: | |
| Approval Code: | 291404 | Auth Txn Id #: | |
| AVS Response: | | Val Code: | |

Merchant Copy

| **Agency Amount** | **Product** | **Product Detail** |
|---|---|---|
| $2936.00 | Bond | |

---

**Denton County Civil Department**
1450 E. McKinney Street, Ste 1107, Denton, TX 76209
940-349-2060
VitalChek Receipt - Phone Order (Card Keyed-In)
Cardholder Copy

| | | | |
|---|---|---|---|
| Order Date/Time: | 6/8/2020 03:09 PM CDT | Transaction Type: | Purchase |
| Confirmation Number: | 109461043 | Approval Code: | 291404 |
| Payment Applied towards: | Bond | Transaction Ref #: | 207600001 |
| Card Holder: | Al Williams | Payment Method: | MC(8316) |

**Bill To**
Al Williams
United States of America

| | |
|---|---|
| Authorization: | Paid in Full |
| Agency Amount: | $2936.00 |
| Other Agency Amount: | $0.00 |
| LN Service Fee: | $2.50 |
| Total Amount(USD): | $2938.50 |

Refund Policy: Please contact the agency listed on the receipt to request a refund.

Name: Al Williams | DOB: 11/17/1969

MRN: 743885 | PCP: Hiep Andrew Cao, MD



NOVEL CORONAVIRUS SARS-COV-2 2019 NAAT - Details

# NOVEL CORONAVIRUS SARS-COV-2 2019 NAAT

Results: Critical

Status: **Edited Result - FINAL** (Collected: 11/5/2020  3:59 PM)

## Detected/Positive Result

You have tested positive for COVID-19. This means you will need to stay at home, and self-isolate. This guidance is based on the latest recommendations from the CDC and local health departments. You must avoid contact with others in your household, including pets.

1. **IF you were tested because:**
   - You had/have COVID-19 symptoms **AND**
   - You were very sick with COVID-19 **OR**
   - You have other health conditions **OR**
   - You have a weakened immune system

**THEN** you will need to call your doctor for advice. Your doctor can tell you how long you'll need to isolate yourself from others, including pets.

Call your doctor right away if your symptoms get worse. Call 911 if you have trouble breathing, persistent pain or pressure in your chest, new confusion, inability to wake up or stay awake, bluish lips or face, or are having another medical emergency.

While you are isolating at home, wear a mask and practice safe distancing. Wash your hands often with soap and water for at least 20 seconds or use alcohol-based hand sanitizer that is at least 60% alcohol if soap and water are not available. Be sure your housemates do the same. Clean items and surfaces that are touched often with an EPA-approved disinfectant. If you can, stay in a separate bedroom and use a separate bathroom.

2. **IF you were tested because:**
   - You HAD/HAVE COVID-19 symptoms **AND**
   - You WERE NOT very sick with COVID-19 **AND**
   - You DO NOT have other health conditions **AND**

- You DO NOT have a weakened immune system:

**THEN** you will need to self-isolate in your home **UNTIL**:
- 10 days have passed since your first symptom(s) **AND**
- You are fever free for at least 24 hours **AND**
- You are not using any medication to reduce a fever **AND**
- Your symptoms have improved.

While you are isolating at home, wear a mask, and practice safe distancing. Wash your hands often with soap and water for at least 20 seconds or use alcohol-based hand sanitizer that is at least 60% alcohol if soap and water are not available. Be sure your housemates do the same. Clean items and surfaces that are touched often with an EPA-approved disinfectant. If you can, stay in a separate bedroom and use a separate bathroom.

Call your doctor right away if your symptoms get worse. Call 911 if you have trouble breathing, persistent pain or pressure in your chest, new confusion, inability to wake up or stay awake, bluish lips or face, or are having another medical emergency.

**3. IF you were tested because:**
- You DID NOT HAVE COVID-19 symptoms **AND**
- You WERE NOT very sick with COVID-19 **AND**
- You DO NOT have other health conditions **AND**
- You DO NOT have a weakened immune system:

**THEN** You need to stay isolated until:
- 10 days have passed since your first positive COVID-19 non-blood (molecular) test

While you are isolating at home, wear a mask and practice safe distancing. Wash your hands often with soap and water for at least 20 seconds or use alcohol-based hand sanitizer that is at least 60% alcohol if soap and water are not available. Be sure your housemates do the same. Clean items and surfaces that are touched often with an EPA-approved disinfectant. If you can, stay in a separate bedroom and use a separate bathroom.

Call your doctor right away if develop symptoms. Call 911 if you have trouble breathing, persistent pain or pressure in your chest, new confusion, inability to wake up or stay awake, bluish lips or face, or are having another medical emergency.

If you don't have a doctor, call our customer service team at 877-THR-WELL (847-9355). And remember, it's perfectly safe and very important to keep in touch with friends and family. You'll just need to do it by phone and video chat.

For more information, visit TexasHealth.org or the CDC website at CDC.gov

MyChart® licensed from Epic Systems Corporation © 1999 - 2020[s6]

This page was printed on Wednesday March 24, 2021 at 1:04:57 AM.

MyChart® licensed from Epic Systems Corporation © 1999 - 2020[s6]

02-11-'20 15:12 FROM- Stephens Funeral

T-231  P0001/0002 F-382

RECEIVED
2020 FEB 11 PM 3: 23
J.P. PCT 6
DENTON COUNTY, TX

Feb 11, 2020

To Whom it May Concern my Husband A.L. William has my Power of attorney And it is Still In effect.

Sincerly

Carolyn A. Williams

Judge Lopez - Att:

Al Maurice Williams

CERTIFIED A TRUE AND CORRECT COPY
OF THE RECORD ON FILE IN MY OFFICE
JUDGE CHRISTOPHER LOPEZ
JUSTICE OF THE PEACE, PRECINCT SIX
2-14-20  BY: [signature]
Date        Clerk of the Court
2 pages
redacted ID

# CROCKER RUSSELL & ASSOCIATES
Counsel that Cares

2401 Callender Road, Suite 103  
P.O. Box 1671  
Mansfield, Texas 76063

Phone: (817) 482-6570  
Fax:    (682) 232-1850  
www.crockerrusselllaw.com

## Receipt for Payment

Name: _____ Al Williams _____

Date: _____ February 10, 2021 _____

Amount: _____ $1,260.00 _____

Payment Method: _____ Cash _____

Check/Card Number: _____

_[signature]_    2/10/21  
Approved Signature    Date



|  | Trust Type | On Behalf Of | Taxpayer ID# | Balance |
|---|---|---|---|---|
| **Invested** | Cash Bond | Williams, Carolyn |  | 0.00 |
|  | Cash Bond | Williams, Carolyn |  | 0.00 |
|  |  |  | **Invested Total** | 0.00 |
| **UnInvested** | Cash Bond | Williams, Carolyn |  | 11216.83 |
|  | Cash Bond | Williams, Carolyn |  | 2936.00 |
|  |  |  | **UnInvested Total** | 14152.83 |
|  |  |  | **Totals** | 14152.83 |

Department of the Treasury
Internal Revenue Service
Austin, TX 73301-0003

Official Business
Penalty for Private Use, $300

PRESORTED
FIRST-CLASS MAIL
Postage and Fees Paid
Internal Revenue Service
PERMIT NO. G-48

SOU AUTO**SCH 5-DIGIT 75287
F5R4U-0373109  5-004          334/16577/18307
AL M WILLIAMS
3930 ACCENT DR APT 2411
DALLAS, TX 75287-7719



Name: Al Williams | DOB: 11/17/1969

MRN: 743885 | PCP: Hiep Andrew Cao, MD



# Note From Your Admission on 03/08/21

### Discharge Summary by Mohammed A Alhezayen, MD at 03/12/21 1241
#### Discharge Summary

| | | | |
|---|---|---|---|
| Name: | Al Williams | Date: | 3/12/2021 12:41 |
| MR#: | 743885 | DOB: | 11/17/1969 |
| Room #: | A423/A42301 | Age/Sex: | 51 y.o. male |
| Admit Date: | 3/8/2021 | Admitting: | Shay Mayya, MD |
| Acct #: | | | |

Discharge Date: 3/12/21
Physician: Mohammed A Alhezayen, MD

**Discharge Diagnosis:**
Active Hospital Problems
  Diagnosis
- *Protrusion of lumbar intervertebral disc
- Acute right lumbar radiculopathy
- Diabetes mellitus (HCC)
- Essential hypertension, benign
- GERD (gastroesophageal reflux disease)
- High cholesterol

Resolved Hospital Problems
No resolved problems to display.

**Procedures:** None

**Discharge Condition:** Stable

**Hospital Course:** Al Williams is a 51 y.o. male who was admitted to the hospital after he presented to the ED with severe low back pain that radiates to both legs. Neurosurgery was consulted. He was started on pain control, steroids, and supportive care. No surgical intervention was recommended. A second opinion was given and surgery was finally scheduled per the patient;s wishes. However, he changed his mind before the surgery today. He would like to go back to Pain management for ESI.

**Disposition:** He will be discharged today to home.

**Discharge Medications:**

### Current Discharge Medication List

Inpatient Medications Prescribed Upon Discharge
Refills

|  | Refills |
|---|---|
| **methylprednisoLONE** 4 mg tablet<br>Commonly known as: Medrol (Pak)<br>Take as directed | Quantity: 21 Tab<br>Refills: 0 |

### Resumed Home/PTA Medications

|  | Refills |
|---|---|
| **acetaminophen-codeine** 300-30 mg tablet<br>Dose: 1 Tab<br>Commonly known as: Tylenol #3<br>Take 1 Tab by mouth every six(6) hours as needed for pain | Quantity: 20 Tab<br>Refills: 0 |
| **atorvastatin** 80 mg tablet<br>Commonly known as: Lipitor | Refills: 0 |
| **CINNAMON ORAL**<br>Dose: 1 Tab<br>Take 1 Tab by mouth | Refills: 0 |
| **cloNIDine** 0.1 mg tablet<br>Commonly known as: Catapres | Refills: 0 |
| **cyclobenzaprine** 10 mg tablet<br>Dose: 10 mg<br>Commonly known as: Flexeril<br>Take 1 Tab (10 mg total) by mouth three(3) times daily as needed for muscle spasms | Quantity: 20 Tab<br>Refills: 0 |
| **diazePAM** 5 mg tablet<br>Dose: 5 mg<br>Commonly known as: Valium<br>Take 1 Tab (5 mg total) by mouth three(3) times daily as needed for anxiety | Quantity: 15 Tab<br>Refills: 0 |
| **diazePAM** 5 mg tablet<br>Dose: 5 mg<br>Commonly known as: Valium<br>Take 1 Tab (5 mg total) by mouth three(3) times daily as needed for anxiety | Quantity: 15 Tab<br>Refills: 0 |
| **ergocalciferol** 50,000 unit capsule<br>Commonly known as: Drisdol<br>TAKE 1 CAPSULE BY MOUTH ONCE A WEEK | Refills: 0 |
| **ferrous sulfate EC** 325 mg (65 mg iron) tablet<br>Dose: 325 mg<br>Commonly known as: Feosol<br>Take 325 mg by mouth every day | Refills: 0 |
| **fluticasone propionate** 50 mcg/actuation spray<br>Commonly known as: Flonase | Refills: 0 |
| **gabapentin** 300 mg capsule<br>Commonly known as: Neurontin | Refills: 0 |
| **hydrALAZINE** 100 mg tablet<br>Dose: 100 mg<br>Commonly known as: Apresoline<br>Take 1 Tab (100 mg total) by mouth three(3) times daily | Quantity: 90 Tab<br>Refills: 0 |

| | Refills |
|---|---|
| **hydroCHLOROthiazide** 50 mg tablet<br>Commonly known as: Hydrodiuril | Refills: 0 |
| **ibuprofen** 400 mg tablet<br>Commonly known as: Motrin | Refills: 0 |
| **insulin glargine** 100 unit/mL injection<br>Dose: 47 Units<br>Commonly known as: Lantus<br>Inject 47 Units subcutaneously every day In am | Refills: 0 |
| **insulin regular** 100 unit/mL injection<br>Dose: 2-20 Units<br>Inject 2-20 Units subcutaneously three(3) times daily before meals Medium sliding scale | Refills: 0 |
| **lisinopril** 20 mg tablet<br>Commonly known as: Zestril | Refills: 0 |
| **lisinopril** 40 mg tablet<br>Dose: 40 mg<br>Commonly known as: Zestril<br>Take 40 mg by mouth every day | Refills: 0 |
| **metFORMIN** 1,000 mg tablet<br>Commonly known as: Glucophage<br>Take by mouth with breakfast and supper | Refills: 0 |
| **methocarbamol** 750 mg tablet<br>Dose: 750 mg<br>Commonly known as: Robaxin-750<br>Take 1 Tab (750 mg total) by mouth every eight(8) hours as needed for muscle spasms | Quantity: 60 Tab<br>Refills: 0 |
| **metoprolol tartrate** 25 mg tablet<br>Dose: 50 mg<br>Commonly known as: Lopressor<br>Take 2 Tabs (50 mg total) by mouth two(2) times daily | Quantity: 120 Tab<br>Refills: 0 |
| **metoprolol tartrate** 50 mg tablet<br>Commonly known as: Lopressor<br>TAKE 1 TABLET BY MOUTH TWICE A DAY | Refills: 0 |
| **minocycline** 100 mg capsule<br>Dose: 100 mg<br>Commonly known as: Dynacin<br>Take 1 Cap (100 mg total) by mouth every 12 hours | Quantity: 20 Cap<br>Refills: 0 |
| **naproxen** 500 mg tablet<br>Dose: 500 mg<br>Commonly known as: Naprosyn<br>Take 1 Tab (500 mg total) by mouth every 12 hours as needed | Quantity: 20 Tab<br>Refills: 0 |
| **nortriptyline** 25 mg capsule<br>Dose: 25 mg<br>Commonly known as: Pamelor<br>Take 1 Cap (25 mg total) by mouth at bedtime | Quantity: 30 Cap<br>Refills: 0 |
| **omeprazole** 40 mg capsule<br>Commonly known as: PriLOSEC<br>TAKE 1 CAPSULE BY MOUTH DAILY | Refills: 0 |

| | Refills |
|---|---|
| **OxyCONTIN** 20 mg tablet<br>Generic drug: oxyCODONE CR<br>TAKE 1 TABLET BY MOUTH TWICE A DAY | Refills: 0 |
| **Oxycodone** 30 mg immediate release tablet<br>TAKE 1 TABLET BY MOUTH EVERY 4 HOURS AS NEEDED FOR SEVERE CHRONIC BACK PAIN | Refills: 0 |
| **simvastatin** 40 mg tablet<br>Dose: 40 mg<br>Commonly known as: Zocor<br>Take 40 mg by mouth every day | Refills: 0 |
| **tamsulosin** 0.4 mg capsule<br>Dose: 0.4 mg<br>Commonly known as: Flomax<br>Take 1 Cap (0.4 mg total) by mouth every day | Quantity: 30 Cap<br>Refills: 0 |
| **tiZANidine** 4 mg tablet<br>Commonly known as: Zanaflex | Refills: 0 |
| **valACYclovir** 1 gram tablet<br>Dose: 1,000 mg<br>Commonly known as: Valtrex<br>Take 1 Tab (1,000 mg total) by mouth every day | Quantity: 5 Tab<br>Refills: 0 |

**Discharge Instructions:**
No discharge procedures on file.

Total time: 37 min

Mohammed A Alhezayen, MD 3/12/2021 12:41

MyChart® licensed from Epic Systems Corporation © 1999 - 2020[s6]

This page was printed on Wednesday March 24, 2021 at 12:53:03 AM.

IN THE DISTRICT COURT OF DALLAS COUNTY

DC19-17458

**DECLARATION AL M WILLIAMS**

1. My name is Al M Williams. I am plaintiff in this lawsuit.

2. On or about November 6, 2020 I informed Ladera that the roof of the garage of apartment 2411 was leaking, water damage, and mold damages and informed Ladera that a new claim for damages would be filed.

3. Immediately thereafter, Ladera filed an untimely motion to dismiss and an emergency motion seeking Court Intervention allowing Ladera to probe and enter the family's rented home. Ladera also sought to force a public meetings between the family , its staff, and its designee. These requests, if granted, invade our privacy, disturb quiet enjoyment, and expose my family to COVID19. These requests are not essential needs.

4. I am extremely vulnerable to COVID19 and at high risk of fatality from exposure to COVID19.

5. On or about November 17, 2020  I was exposed to COVID 19, contracted COVID19, and was hospitalized twice for serious complications as result of my exposure to COVID19.

6. Ladera's requests for unnecessary exposure to COVID19 scares me and is life-threatening. I have suffered physical trauma, stress, and much mental anguish as result of these pleading.

7. Ladera's requests for unnecessary exposure to COVID19 falls far below the threshold of an *"essential need"*.

8. The death toll due COVID19 has surged to new heights. Today our nation is at war with COVID19. Today Texas posted a record 15,182 new coronavirus cases; Dallas County adds 1,179 new cases and 8 deaths.

9. I hereby certify under *penalty of perjury* that the foregoing is true and correct.

*Al M Williams*

Respectfully submitted,

3930 Accent DR, 2411
Dallas, TX 75287
alwms870@gmail.com

## Hemodialysis Treatment

Facility: **4412-HELENA**

| Patient (Last Name Suffix, First Name MI): WILLIAMS, CAROLYN A | | | | | | | | | | | | | DOB: 03/09/1961 | | MRN: 5000067629 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Est. Dry Wt: 100.50 Kg | | | Target HGB: Target HGB 10.0 - 11.0 g/dL | | | | | | | | | | | | No. of Hours: 3:45 | |
| Dialyzer: 180NRe Optiflux | | | Last HGB: 9.5 | | | | | Date: 12/09/2020 | | | | | | | Prescription Order As Of: 10/05/2020 | |

| Treatment Date | BP Sit | | BP Stand | | Weight | | Weight Change | | Temperature | | BFR | BVP | DFR | Time On | Time Off | Act. Hrs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pre | Post | Pre | Post | Pre | Post | Pre | Post | Pre | Post | | | | | | |
| 12/09/2020 | 152/99 | 147/92 | 153/100 | 150/98 | 103.40 | 100.80 | 3.20 | (2.60) | 96.80 | 97.60 | 450 | 93.00 | 700 | 07:20 | 11:07 | 03:47 |
| | | | | | | | | | | | | | | | | |
| Averages | 152/99 | 147/92 | 153/100 | 150/98 | 103.40 | 100.80 | 3.20 | -2.60 | 96.80 | 97.60 | 450 | 92.70 | 700 | | | 03:47 |

© 2021 Fresenius Medical Care. All rights reserved.

Created By  CMDanley
SC301 VER: 1.40 (10/24/2014)

Page 1 of 2

This document contains Protected Health Information. It must be safeguarded and used internally in accordance with the Fresenius Medical Care North America Privacy policies and procedures. It may only be disclosed to parties outside of Fresenius Medical Care North America as permitted by such policies and procedures.

Report Creation Date
1/6/2021 12:32:05PM EST

# PROPIETARIOS E INQUILINOS



Texas Dept. of Housing
& Community Affairs
P.O. BOX 13941
Austin, TX 78711-3941

FIRST CLASS MAIL
PRESORTED
US POSTAGE PAID
78660
PERMIT NO 16

****************AUTO**5-DIGIT 75287
COREY MALOY
3930 ACCENT DR APT 2411
DALLAS, TX 75287-7719

5348
80
T9 P1

# ¿Está atrasado con la renta?

**El Programa de Asistencia para el Pago de Rentas está para ayudarles.**

El COVID-19 ha afectado a personas en todo el Estado de Texas. Tenemos fondos de emergencia disponibles para ayudar a los habitantes de Texas a pagar su renta y las facturas de sus servicios públicos (incluyendo rentas y servicios públicos vencidos).

Tanto los inquilinos como los propietarios pueden aplicar – inclusive si el propietario ya ha iniciado un proceso legal de desalojo en la corte local.

Las familias deben tener ingresos del 80% o menos del Ingreso Medio del Área (AMI, por sus siglas en inglés), y cumplir con otros requisitos de elegibilidad. Para obtener información detallada, visite TexasRentRelief.com.

**Se aceptan aplicaciones a partir del 15 de febrero a las 8 a.m. CST**

### ¿Qué costos cubre el programa?

*El Programa de Asistencia para el Pago de Rentas de Texas puede ayudar a los inquilinos con los siguientes costos hechos a partir del 13 de marzo del 2020:*

- *Pagos vencidos, actuales, y hasta tres meses futuros de costos por renta*
- *Pagos vencidos, actuales, y hasta tres meses futuros de costos por servicios públicos y de energía para el hogar*
- *Después de los primeros tres meses de ayuda por adelantado, usted puede solicitar tres meses adicionales de ayuda si aún hay fondos disponibles*

**Para obtener información y para aplicar**

**833-9TX-RENT**
Llamada gratis 833-989-7368

**TexasRentRelief.com**
Hay ayuda disponible en varios idiomas.

 

El Programa de Asistencia para el Pago de Rentas es administrado por el Departamento de Vivienda y Asuntos Comunitarios de Texas.

Proporcionar información falsa, incompleta o inexacta en los formularios de aplicación o solicitar asistencia para los meses en que la asistencia ya ha sido o será proveída puede resultar en hasta 5 años de prisión y multas de hasta $10,000 por cada ocurrencia. | Otras limitaciones del programa y requisitos de elegibilidad aplican; no todas las familias pueden ser elegibles. Para obtener más detalles, consulte la página de internet TexasRentRelief.com. | Los fondos pueden no estar disponibles en el momento en que una familia aplique.

# LANDLORDS & RENTERS

# Behind on rent?



**TEXAS RENT RELIEF**

## The Texas Rent Relief Program is here to help.

COVID-19 has affected Texans across the state. We have emergency funds available to help Texas renters pay current and past due rent and utility bills.

Both landlords and tenants can apply — even if the landlord has already sued for eviction in their local court.

Households must have incomes at or below 80% of the Area Median Income and meet other eligibility requirements. For full details, visit TexasRentRelief.com.

**What costs does the program cover?**

*The Texas Rent Relief Program can help renters with the following costs starting as far back as March 13, 2020:*

- *Past due, current and up to 3 months of expected rent costs*
- *Past due, current and up to 3 months of expected utility and home energy expenses*
- *After the initial 3 months of forward assistance, you can apply for 3 additional months of assistance if funds are still available*

**Accepting applications beginning February 15th at 8 a.m. CST**

### For Information and to Apply

## 833-9TX-RENT
Toll Free 833-989-7368

### TexasRentRelief.com
Assistance is available in multiple languages.




EQUAL HOUSING OPPORTUNITY

Texas Coronavirus Relief Bill Rental Assistance Program administered by the Texas Department of Housing and Community Affairs.
Providing false, incomplete, or inaccurate information on application forms or seeking assistance for months in which assistance has been or will be provided, may result in up to 5 years of imprisonment and for each occurrence a fine of up to $10,000. | Other program limitations and eligibility requirements apply, not all households may be eligible. See TexasRentRelief.com for details. | Funds may no longer be available by the time a household applies.