Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back           Location : All JP & County Courts   Help

# REGISTER OF ACTIONS
## CASE NO. CV-2020-00600-JP

| | | |
|---|---|---|
| Ladera vs. Carolyn Williams | § § § § § § § § | Case Type: **Appeal from a Lower Court**<br>Subtype: **FED- JP Appeal**<br>Date Filed: **02/20/2020**<br>Location: **County Court At Law #2**<br>Judicial Officer: **Ramirez, Robert C.**<br>Court of Appeals Cause No: **02-20-00127-CV**<br>Supreme Court: **21-0209**<br>File Custody/Location: **Electronic File** |

---

### RELATED CASE INFORMATION

**Related Cases**
E20-0302J6 (Related Case)

---

### PARTY INFORMATION

|  |  |  | Lead Attorneys |
|---|---|---|---|
| **Defendant** | Williams, Carolyn<br>3930 Accent Drive 2411<br>Dallas, TX 75287 | DOB: 03/09/1961 | **Pro Se** |
| **Plaintiff** | Ladera<br><br>3939 Trinity Mills Rd<br>Dallas, TX 75287 | | **Daniel Paz**<br>*Retained*<br>14330 Midway RD<br>STE 214<br>Dallas, TX 75244<br><br>214-812-9061(W)<br>214-812-9420(F) |

---

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

| | |
|---|---|
| 03/05/2020 | **Final Judgment after Non-Jury Trial** (Judicial Officer: Ramirez, Robert C.) |

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 02/20/2020 | **Appeal from Lower Court (OCA)**<br>JP6 |
| 02/20/2020 | **Statement of Inability to Afford Pmt of Court Costs** |
| 02/20/2020 | **Cover Letter or Request**<br>from Ms. Williams |
| 02/20/2020 | **Motion**<br>to reconsider from JP |
| 02/20/2020 | **Notice- Appeal from JP with Affidavit of Inability to Pay** |
| 02/24/2020 | **Bond Deposit**<br>$1,482.00 |
| 02/27/2020 | **Motion for Continuance**<br>and Motion for Appointment of Counsel |
| 03/03/2020 | **Answer(s) and/or Response(s)**<br>and request to dismiss and Transfer to Dallas County |
| 03/05/2020 | **Inability to Pay Fee/ Forcible Entry Detainer Appeal hearing** (3:30 PM) (Judicial Officer Ramirez, Robert C.) |
| 03/05/2020 | **General Docket Entry**<br>Pauper's / FED appeal - p appeared through counsel - halls called no d - allowed to proceed as a pauper - trial de novo - p's case in chief - judgment for p - entered |
| 03/05/2020 | **Notice of Judgment** |
| 03/09/2020 | **Motion**<br>to Reconsider or Application for Stay and Bond During Appeal to Supreme Court |
| 03/13/2020 | **Request**<br>Plaintiff's Request for a Writ of Possession |
| 03/13/2020 | **Service Issued**<br>Writ of Possession-service by Denton Cty Const Pct 6 |
| 03/13/2020 | **Writ of Possession**<br>service by Denton Cty Const Pct 6<br>  Williams, Carolyn                                      Returned Unserved  06/12/2020<br>                                                                       Returned                   06/12/2020 |
| 03/19/2020 | **Application**<br>for emergency temporary restraining order |
| 03/23/2020 | **Motion for Reconsideration** (10:00 AM) (Judicial Officer Ramirez, Robert C.) |
| 03/23/2020 | **General Docket Entry**<br>Motion for reconsideration / TRO - p appeared by phone - d was provided w/ phone and zoom video invitation and did not appear (confirmed with court coordinator who stated d did not call in or video in) - pursued under SC COVID 19 procedures - denied both of p's request - other remedies at law and waiver as to any issue of jury trial. awaiting order from P |
| 03/23/2020 | **Order** |

| Date | Entry |
|---|---|
| | *Def's Application for TRO* |
| 03/23/2020 | **Order** |
| | *on Motion for Reconsideration* |
| 04/27/2020 | **Notice of Appeal** |
| 04/28/2020 | **Court of Appeals Correspondence** |
| 04/28/2020 | **Proposed Order** |
| | *Supersedeas Bond* |
| 05/14/2020 | **Motion To Set Bond** (9:00 AM) (Judicial Officer Ramirez, Robert C.) |
| | *Williams to call in for hearing call Mr. Paz for hearing 214-812-9061* |
| 05/14/2020 | **General Docket Entry** |
| | *D's motion for supers bond - p and d appeared by phone - COVID 19 orders - granted based upon SC COVID 19 order with regard to deadlines - awaiting order from p* |
| 05/14/2020 | **Order** |
| | *Setting Supersedeas Bond* |
| 05/18/2020 | **Bond Deposit** |
| | *$3,000.00* |
| 06/02/2020 | **Request** |
| | *Plaintiff's Request for a Writ of Possession* |
| 06/02/2020 | **Service Issued** |
| | *Writ mailed for Constable Pct 6/ writ being returned* |
| 06/02/2020 | **Writ of Possession** |
| | Williams, Carolyn    Unserved |
| 06/08/2020 | **Bond Deposit** |
| | *$2,936.00* |
| 06/12/2020 | **Service Returned** |
| 06/30/2020 | **Clerk's Record on Appeal** |
| 07/14/2020 | **Court of Appeals Correspondence** |
| | *Clerk's Record Received* |
| 09/03/2020 | **Bond Deposit** |
| | *$1462.28* |
| 10/01/2020 | **Bond Deposit** |
| | *$1,428.17* |
| 11/03/2020 | **Bond Deposit** |
| | *$1,428.61* |
| 12/11/2020 | **Bond Deposit** |
| | *$1,428.12* |
| 01/08/2021 | **Bond Deposit** |
| | *$468.28* |
| 01/22/2021 | **Memorandum Opinion and Judgment** |
| | *Opinion* |
| 01/22/2021 | **Memorandum Opinion and Judgment** |
| | *Judgment* |
| 01/22/2021 | **Court of Appeals Correspondence** |
| 01/25/2021 | **Request** |
| | *Plaintiff's Request for a Writ of Possession* |
| 01/25/2021 | **Service Issued** |
| | *Service by Constable Precinct 6* |
| 01/25/2021 | **Writ of Possession** |
| | Williams, Carolyn    Unserved |
| 02/01/2021 | **Motion to Strike** |
| 02/01/2021 | **Bond Deposit** |
| | *$105.00* |
| 02/01/2021 | **Cover Letter or Request** |
| | *envelope* |
| 02/02/2021 | **Motion** |
| | *Plaintiff's Motion for Execution of a Writ of Possession* |
| 02/05/2021 | **Notice of Hearing** |
| 02/17/2021 | **Motion to Enter** (10:00 AM) (Judicial Officer Ramirez, Robert C.) |
| | *writ of possession* |
| 02/22/2021 | **Amended** |
| | *Amended Objection to Ladera's Request for (Physical Removal)/Execution of Writ of Possession* |
| 02/22/2021 | **Amended** |
| | *Carolyn Williams Amended Objection* |
| 03/02/2021 | **Motion to Quash** |
| 03/04/2021 | **Motion to Enter** (10:00 AM) (Judicial Officer Ramirez, Robert C.) |
| 03/04/2021 | **General Docket Entry** |
| | *Motion to enter - p appeared via zoom - d failed to appear although notice had been properly provided - p request this matter be passed and moved to 3/11 with d's hearing on a motion to quash - granted and will take no further action today* |
| 03/05/2021 | **Court of Appeals Correspondence** |
| | *Supreme Court cards* |
| 03/09/2021 | **Bond Deposit** |
| | *$468.15* |
| 03/10/2021 | **Notice** |
| | *Supreme Court cards* |
| 03/11/2021 | **Defendant's Motion to Quash** (11:00 AM) (Judicial Officer Ramirez, Robert C.) |
| 03/11/2021 | **Motion to Enter** (11:00 AM) (Judicial Officer Ramirez, Robert C.) |
| 03/11/2021 | **General Docket Entry** |
| | *P's motion to enter order on writ / d's obj's & motion to quash - p and d (pro se) appeared via zoom - argument only heard - granted and awaiting order* |
| 03/11/2021 | **Filed document** |
| 03/12/2021 | **Motion** |
| | *to Stay Actual Eviction* |

FINANCIAL INFORMATION

| | **Defendant** Williams, Carolyn | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | 4.00 |
| | Total Payments and Credits | | | 4.00 |
| | **Balance Due as of 03/24/2021** | | | **0.00** |
| 02/20/2020 | Transaction Assessment | | | 277.00 |
| 03/05/2020 | Pauper Wavier | | | 277.00 |
| 02/01/2021 | Transaction Assessment | | | 4.00 |
| 02/03/2021 | Payment | Receipt # 2021-0610 | Williams, Carolyn | (4.00) |

| | **Plaintiff** Ladera | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | 479.00 |
| | Total Payments and Credits | | | 479.00 |
| | **Balance Due as of 03/24/2021** | | | **0.00** |
| 03/13/2020 | Transaction Assessment | | | 157.00 |
| 03/13/2020 | TexFile Payment | Receipt # 2020-1362 | Ladera | (157.00) |
| 06/02/2020 | Transaction Assessment | | | 160.00 |
| 06/02/2020 | TexFile Payment | Receipt # 2020-2308 | Ladera | (160.00) |
| 01/25/2021 | Transaction Assessment | | | 162.00 |
| 01/25/2021 | TexFile Payment | Receipt # 2021-0400 | Ladera | (162.00) |