

# DISCHARGE/AFTER VISIT SUMMARY

**Al Williams** CSN: 9470018080

3/8/2021 - 3/12/2021



## Instructions



**Your medications have changed**

➡ START taking:
**methylprednisoLONE (Medrol (Pak))**

Review your updated medication list below.

## Your Next Steps

👍 **Do**

☐ Pick up these medications from any pharmacy with your printed prescription
- methylprednisoLONE

☐ Follow up with Todd Stiles Shanks, MD
3060 Communications Parkway
Ste 100
Plano TX 75093
972-312-0607

As needed

☐ Follow up with One Point Home Health
17822 Davenport Road
Suite D
Dallas TX 75252
866-573-1880

## About your hospitalization

You were admitted on: **March 8, 2021**
You were discharged on: **March 12, 2021**
You last received care in the: **Texas Health Plano Scoliosis and Spine**
Unit phone number: **972-981-8483**

## Your Doctor(s) Were

| Provider | Specialty |
|---|---|
| Mayya, Shay, MD | Internal Medicine. |
| Mo, Adrian Yukwan, MD | Emergency Medicine. |
| Shanks, Todd Stiles, MD | Neurological Surgery |
| Turner, Michael Scott, MD | Neurological Surgery |

## What's Next

You currently have no upcoming appointments scheduled.

## Physician Referral Service

THR Well Call Number:
1-877-THR-WELL (1-877-847-9355)

## You are allergic to the following

| Allergen | Reactions |
|---|---|
| **Codeine** | Anaphylaxis |

