# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **AL M WILLIAMS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-154-SDJ-KPJ |
| | § | |
| **LADERA APARTMENTS, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## DEFENDANTS' NOTIFICATION OF ENTRY OF ORDER
## BY DENTON COUNTY COURT AT LAW NO. 2

In accordance with this Honorable Court's Order signed March 26, 2021, (Dkt. 26), Defendants Ladera Apartments, Judith McMakin[1], and Daniel Paz (collectively "Defendants") file their Notification of Entry of Order by Denton County Court at Law No. 2, and would respectfully show the Honorable Court the following:

1. The Denton County Court at Law No. 2 has entered its Order on Ladera's Motion for Execution of a Writ of Possession.

2. In accordance with the March 26, 2021, Order, Defendants are requesting a continuation setting on Plaintiff's application for a preliminary injunction.

---

[1] Judith McMakin is identified as "Ms. Judy" in the Emergency Motion.

Respectfully submitted,

THE PAZ LAW FIRM, PLLC

By:    */s/ Daniel Paz*
       Daniel Paz
       State Bar No. 24027722
       daniel@thepazlawfirm.com

14330 Midway Rd., Suite 214
Dallas, Texas 75244
Telephone: (214) 812-9061
Facsimile: (214) 812-9420
Attorney for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2021, a true and correct copy of the foregoing was emailed and hand-delivered to:

Al M Williams
3930 Accent Drive
Apartment No. 2411
Dallas, Texas 75287
**legalaccessaw@gmail.com**

       */s/ Daniel Paz*
       Daniel Paz