## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **AL M. WILLIAMS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 4:21-cv-154-SDJ-KPJ** |
| **LADERA APARTMENTS, _et al._,** | § | |
| | § | |
| **Defendants.** | § | |

### ORDER

On April 14, 2021, Defendants filed a Notice (Dkt. 28), wherein they represent that Denton County Court at Law No. 2 entered an Order regarding Defendant Ladera Apartments' Motion for Execution for a Writ of Possession as filed in _Ladera v. Carolyn Williams and All Other Occupants_, No. CV-2020-0600-JP.

Pursuant to this Court's Order (Dkt. 26), **IT IS ORDERED** that the parties shall appear for an in-person evidentiary hearing on Plaintiff's prayer for a preliminary injunction (Dkt. 6). The parties shall appear before the undersigned on **Tuesday, April 20, 2021, at 1:30 p.m.**, at the Plano Courthouse, Courtroom 108, 7940 Preston Road, Plano, Texas 75024.

**IT IS FURTHER ORDERED** that Defendants shall file, as a Notice, the Order from Denton County Court at Law No. 2 regarding Ladera Apartments' Motion for Execution for a Writ of Possession, as filed in _Ladera v. Carolyn Williams and All Other Occupants_, No. CV-2020-0600-JP.

**So ORDERED and SIGNED this 15th day of April, 2021.**

KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE