AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN   DISTRICT OF   TEXAS

Al M. Williams
V.
Ladera Apartments, et al

**EXHIBIT AND WITNESS LIST**

Case Number:  4:21cv154 SDJ/KPJ

| PRESIDING JUDGE<br>Kimberly C. Priest-Johnson | PLAINTIFF'S ATTORNEY<br>Al M. Williams, pro se | DEFENDANT'S ATTORNEY<br>Daniel Paz |
|---|---|---|
| HEARING DATE<br>3/24/2021 | COURT REPORTER<br>Digital – FTR | COURTROOM DEPUTY<br>J. Amerson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/24/2021 | | X | Declarations (two) |
| | 1 | | | X | Sworn Petition for Eviction against Carolyn Williams – Denton County dated 2/6/2020 |
| | 2 | | | X | Order on Suit for Forcible Entry and Detainer against Carolyn Williams – Denton County Dated 2/11/2021 |
| | 3 | | | X | Final Judgment CV-2020-00600 JP dated 3/6/2020 |
| | 4 | | | X | Order Setting Supersedeas Bond – CV-2020-00600 JP dated 5/14/2020 |
| | 5 | | | X | Judgment Second Appellate District of Texas at Fort Worth – No. 02-20-00127 dated 1/21/2021 |
| | 6 | | | X | Memorandum Opinion Second Appellate District of Texas at Fort Worth– No. 02-20-00127 dated 1/21/2021 |
| | 7 | | | X | E-mail dated 1/29/2021 to Daniel Paz, Ladera Office, judy@wilmax.net from Carolyn Williams |
| | 8 | | | X | E-mail dated 1/30/2021 to Daniel Paz from Carolyn Williams |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages



9.