April 12, 2021                                                                                          <u>**Sent Via Electronic Mail**</u>

**RE:DC19-17458 ; 4:21-cv-154-SDJ-KPJ- Good Faith Effort Meet and Confer**

Judge David Gibson
The Gibson Law Group, PC
15400 Knoll Trail, Ste, 205
Dallas, TX 75248

Dear Mr Gibson:

This letter is in regard to the allegations made by your client in the Motion to Forego Mediation. This is an ongoing landlord tenant dispute which has caused this family much collateral damage.

The motion is littered with false and misleading statements and I wanted to bring it to your attention and ask that you retract all unfounded allegations. These allegations are threatening designed to cause me harm.

We have a call scheduled at 1:15 today. Please withdraw the motion as written. I look forward to speaking with you. This will give you time to properly address these unfounded and reckless allegations.

Your attention and cooperation is greatly appreciated.

Kindly,

Al M Williams, *pro se' litigant*
3930 Accent DR, 2411
Dallas, TX 75287
214-414-6371
LegalaccessInc@icloud.com

   <u>CERTIFICATE OF SERVICE</u>

   <u>A copy of this letter was sent on and I met and conferred today  as well 4/12/2021</u>

   <u>CERTIFICATE OFR CONFERENCE</u>

   <u>I DID COMMUNICATE Via Email and phone  to attempt to resolve this issue issue</u>



IN THE UNITED STATES DIUSTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
AT PLANO

Al M Williams, and *Family*

Case Number: 4:21-CV-00154

**Ladera, et al.**

### RENEWAL OF REQUEST FOR CLASS CERTIFICATION

**COMES NOW,** Al M Williams respectfully files this request for class action relief, to prevent manifest injustice, states:

This Court has the inherent power class action status. There are many similar situatied citizens and residents of this very same apartment complex that are afraid to speak up and need the Courts protections as well. This Court has the inherent power to protect this litigant and similar situated litigants from harm from further harm by overzealous landlords or its minions.

**WHEREFORE,** all premises, plaintiff prays:

* That class action status be granted.

Kindly,

Al M Williams, *pro se' litigant*
3930 Accent DR, 2411
Dallas, TX 75287
214-414-6371
LegalaccessInc@icloud.com

### CERTIFICATE OF SERVICE

A copy of this letter was sent on and I met and conferred today as well 4/12/2021

Via Email and phone to attempt to resolve this issue issue