USPS Priority Mail envelope

SHIP TO:
7940 PRESTON RD
Plano TX 75024-2360

USPS TRACKING #: 9505 5103 6316 1104 6488 02

RECEIVED APR 15 2021
Clerk, U.S. District Court
Eastern District of Texas

FROM:
Al Williams
3970 Accent Dr #2411
Dallas, TX 75287

TO:
U.S. District Clerk
@ Plano
7940 Preston Rd
Plano, TX 75024