

**FILED**
APR 2 0 2021
Clerk, U.S. District Court
Eastern District of Texas

### IN THE UNITED STATES DIUSTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### AT PLANO

**Al M Williams, and** *Family*

**Ladera, et al.**

Case Number: DC19-17458  4:21-CV-00154

### NOTICE AND OBJECTION

**COMES NOW,** Al M Williams respectfully files his OBJECTION, states:

1. That the CDC issued an extension of Halt on March 28, 2021.

2. That the Defendant Ladera obtained an Order on April 7, 2021 that is "void ab initio" on its face because the Denton County Court at Law# no longer had jurisdiction over the case at the time of filing of the motion and the ruling. The Order will be vacated and strikened from the trial Court after a determination of jurisdiction has been resolved.

WHEREFORE, I am objecting to the admission of said "Notice" containing the facially invalid order filed by Ladera in this Court and ask that it be strikened from the record of this Court as well until a proper ruling can be obtained.

I am also asking the Court to take Notice of the CDC extension first because it happened first.

That the Court, forgive, me for my frustration and confusing pleadings.

Kindly,

Al M Williams, *pro se' litigant*
3930 Accent DR, 2411
Dallas, TX 75287
214-414-6371
LegalaccessInc@icloud.com

CERTIFICATE OF SERVICE

A copy of this letter was sent on and I met and conferred today as well 4/20/2021