Filed: 4/20/2021 11:14 AM
Juli Luke
Denton County, County Clerk
By: Sandra Erp, Deputy

IN THE DENTON COUNTY COURT AT LAW #2

LADERA
V.
CAROLYN A WILLIAMS

CASE NO: CV-2020-00600-JP

### MOTION TO STRIKE APRIL 7, 2021 ORDER

**COMES NOW**, Carolyn A Williams, pro se' by and through herself for her motion to strike states:

An order was entered on April 7, 2021 by the Denton County Court at Law #2 and at the time this Court did not have jurisdiction over the case..

That this Court did not have jurisdiction over the parties, the subjectmatter, or the controversy on APRIL 7, 2021.

The April 7, 2021 Order is Void on its face. An order obtained in the wrong Court is invalid on its face.

**WHEREFORE,** all premises, Carolyn Williams requests that the Court strike the April 7, 2021 order because at the time this Court did not have jurisdiction over the case.

*Carolyn A Williams*

Respectfully submitted,

3930 Accent DR, 2411
Dallas, TX 75287

A copy was mailed to
Daniel Paz April 19

