FILE FOR RECORD
DENTON COUNTY CLERK

MAY 14 2020

JULI LUKE
_____ DEPUTY

CAUSE NO. CV-2020-00600-JP

| | | |
|---|---|---|
| LADERA, | § | IN THE COUNTY COURT |
| Plaintiff, | § | |
| | § | |
| V. | § | AT LAW NO. 2 |
| | § | |
| CAROLYN WILLIAMS | § | |
| AND ALL OTHER OCCUPANTS, | § | |
| Defendant. | § | DENTON COUNTY, TEXAS |

## ORDER SETTING SUPERSEDEAS BOND

On May 14, 2020, the Court conducted a telephonic hearing to set a supersedeas bond in this matter. Plaintiff Ladera ("Plaintiff") appeared by and through its attorney of record. Defendant Carolyn Williams ("Defendant") appeared. After hearing from the parties, the Court enters the following order:

Defendant is ordered to pay into the Denton County Clerk's Registry the sum of $3,000.00 in certified funds by 5:00 p.m. on May 18, 2020. The mailbox rule does not apply.

Defendant is further ordered to pay into the Denton County Clerk's Registry the sum of $1,468.00 in certified funds by 5:00 p.m. on the first business day of each month beginning June 1, 2020 and continuing during the pendency of the appeal. The mailbox rule does not apply.

It is further ordered that should Defendant fail to make any payment when due under this order, Plaintiff is entitled without further order from this Court to immediately enforce the March 5, 2020, Final Judgment by all writs and processes necessary.

IT IS SO ORDERED.

Signed this the 14th day of May, 2020.

_____
JUDGE PRESIDING

ORDER SETTING SUPERSEDEAS BOND
21009.017

Page 1

