Filed: 04/16/2021　　　　　　　　　　　　FILE COPY
Juli Luke
Denton County, County Clerk
By Deputy: McLaughlin, Nancy

RE: Case No. 21-0209　　　　　　　　DATE: 4/14/2021
COA #: 02-20-00127-CV　　　　　　　　TC#: CV-2020-00600-JP
STYLE: WILLIAMS v. LADERA

　　A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

　　　　　　　　　　　CAROLYN  WILLIAMS
　　　　　　　　　　　* DELIVERED VIA E-MAIL & POSTAL *

