```
RE: Case No. 21-0209                        DATE: 2/26/2021
    COA #: 02-20-00127-CV                   TC#: CV-2020-00600-JP
STYLE: WILLIAMS v. LADERA
```

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

```
                    COUNTY CLERK  DENTON COUNTY
                    DENTON COUNTY COURTS BUILDING
                    1450 EAST MCKINNEY STREET, STE 1110
                    DENTON, TX  76202
                    * DELIVERED VIA E-MAIL *
```

