IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AL M. WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:21-cv-154-SDJ-KPJ |
| LADERA APARTMENTS, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

### ORDER

Pending before the Court is Plaintiff Al M. Williams' ("Mr. Williams") First Verified Complaint and Request for Emergency Injunction (the "Emergency Motion") (Dkt. 6). Mr. Williams alleges Defendants Ladera Apartments, Judy McMakin (originally sued as "Ms. Judy"), and Daniel Paz (collectively, "Defendants") are attempting to remove him and his family from their apartment in violation of the Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act"), the Centers for Disease Control and Prevention's ("CDC") eviction moratorium,

TATES DISTRICT COURT
RN DISTRICT OF TEXAS
ted States Courthouse
7940 Preston Road
Plano, Texas 75024

OFFICIAL BUSINESS



7018 0680 0000 0547 2756



RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APR 26 2021
BY DEPUTY_____

Al M Williams
3930 Accent Drive, Apt. 2411
Dallas, TX 75287

NIXIE    750  DE 1         0004/22/21
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 75024236099        *1893-08467-20-40