IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AL M WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-154-SDJ-KPJ |
| | § | |
| LADERA APARTMENTS, et al., | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Al M Williams, *pro se*, and Defendants Ladera Apartments, Judith McMakin[1], and Daniel Paz, by and through their attorney of record, respectfully and jointly submit this Joint Stipulation of Dismissal with Prejudice. Each party will bear its own attorneys' fees and court costs. The parties jointly request that this Joint Stipulation of Dismissal with Prejudice be accepted and that the Clerk of this Court close this case with prejudice.

Respectfully submitted,

AL M WILLIAMS

By: _____
　　　　Al M Williams
　　　　legalaccessaw@gmail.com
　　　　Al M Williams
　　　　3930 Accent Drive
　　　　Apartment No. 2411
　　　　Dallas, Texas 75287
　　　　*Pro Se* Plaintiff

---

[1] Judith McMakin is identified as "Ms. Judy" in Plaintiff's pleadings with the Court.

THE PAZ LAW FIRM, PLLC


By:    /s/ Daniel Paz
       Daniel Paz
       State Bar No. 24027722
       daniel@thepazlawfirm.com

14330 Midway Rd., Suite 214
Dallas, Texas 75244
Telephone: (214) 812-9061
Facsimile: (214) 812-9420
Attorney for Defendants




## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2021, a true and correct copy of the foregoing was emailed to:

Al M Williams
3930 Accent Drive
Apartment No. 2411
Dallas, Texas 75287
**legalaccessaw@gmail.com**


              /s/ Daniel Paz
              Daniel Paz